# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUNTEZ K. ROCKEMORE,<br><br>        Plaintiff,<br><br>   v.<br><br>SILVA, *et al.*,<br><br>        Defendants. | Case No.  1:25-cv-00899-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST TO THE COURT TO TAKE NOTICE OF PETITION OF SERVICE OF SUMMONS<br><br>(ECF No. 10) |

Plaintiff Shauntez K. Rockemore ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  The complaint has not yet been screened.

Currently before the Court is Plaintiff's request to the Court to take notice of petition of service of summons, filed November 7, 2025.  (ECF No. 10.)  Plaintiff requests service of summons if the case has been determined appropriate to proceed *in forma pauperis*, and provides a service address for all defendants.  (*Id.*)  The Court construes the filing as a motion for service of summons.

Plaintiff's request for service is premature.  The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity.  28 U.S.C. § 1915A(a).  As noted above, Plaintiff's complaint has not yet been screened.  The Court will direct service of process only after Plaintiff's complaint has been

1

screened and found to state cognizable claims for relief.  Once the complaint is screened and found to have stated a cognizable claim against any defendant, the Court will then order service on the appropriate defendant(s) pursuant to the Court's E-Service program.  Plaintiff does not need to request service.  Plaintiff's complaint will be screened in due course.

Accordingly, Plaintiff's motion for service of summons, (ECF No. 10), is HEREBY DENIED as premature.

IT IS SO ORDERED.

Dated:   **November 10, 2025**                    /s/ *Barbara A. McAuliffe*
                                                            UNITED STATES MAGISTRATE JUDGE