**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAUNTEZ K. ROCKEMORE, | No. 1:25-cv-00899 JLT BAM (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION |
| v. | |
| SILVA, *et al.*, | (Doc. 15) |
| Defendants. | |

Shauntez K. Rockemore is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 22, 2026, the magistrate judge screened the first amended complaint and issued findings and recommendations recommending this action be dismissed, without leave to amend, for failure to state a cognizable claim upon which relief may be granted. (Doc. 15.) The Court served the findings and recommendations on Plaintiff and informed him that any objections were due in 14 days. (*Id.*) The Court also warned that failure to file timely objections may result in the waiver of the "right to challenge the magistrate's factual findings" on appeal. (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834 838-39 (9th Cir 2014).) Plaintiff did not file objections and the time in which to do so has expired.

According to 28 U.S.C. § 636 (b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes that the findings and

1

recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1.     The findings and recommendations issued on April 22, 2026, (Doc. 15), are **ADOPTED**.

2.     This action is **DISMISSED**, without leave to amend, due to Plaintiff's failure to state a cognizable claim upon which relief may granted.

3.     The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **May 22, 2026**

UNITED STATES DISTRICT JUDGE

2